E. C. Schneider, Inc. *v.* Zoning Board of Adjustment, Appellant.

Argued May 27, 1957. Before, JONES, C. J., BELL, CHIDSEY, MUSMANNO, ARNOLD, JONES and COHEN, JJ.

*Robert A. Jarvis,* with him *Beck, McGinnis & Jarvis,* for appellant.

*Henry E. Rea, Jr.,* with him *Metz, McClure & McAlister,* for appellee.

OPINION PER CURIAM, June 28, 1957:

This appeal involves the expansion of a nonconforming use. The principles governing the increase or extension or expansion of a nonconforming use are well settled. See *Firth v. Scherzberg,* 366 Pa. 443, 77 A. 2d 443; *Humphreys v. Stuart Realty Corp.,* 364 Pa. 616, 73 A. 2d 407; *Peirce Appeal,* 384 Pa. 100, 119 A. 2d 506; *Blanarik Appeal,* 375 Pa. 209, 100 A. 2d 58; *Gilfillan's Permit,* 291 Pa. 358, 140 A. 136.

We have examined the record and find no manifest abuse of discretion or error of law. The order of the Court below is affirmed on the opinion of Judge LOIS MARY MCBRIDE, which is reported in 8 D. & C. 2d 539. Appellant to pay the costs.